**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| PETER CHENEVERT | CIVIL ACTION NO. 25-1978 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| LOWE'S HOME CENTER LLC, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

# ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 27, the Motion to Dismiss Fraudulently Joined Defendant, Record Document 8, and after a *de novo* review of the record, with no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss filed by defendant Christy Sanchez is **GRANTED** and all claims against her are **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of August, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE